UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| | : | Crim. No. 07-594 (PGS) |
| v. | : | |
| | : | CONTINUANCE ORDER |
| LEONARD BROWN | : | |

This matter having come before the Court on the joint
application of Christopher J. Christie, United States Attorney
for the District of New Jersey (by David E. Malagold, Assistant
U.S. Attorney), and defendant Leonard Brown (by Linda Foster,
Esq.) for an order granting a continuance of the proceedings in
the above-captioned matter, and the defendant being aware he has
the right to have the matter brought to trial within 70 days of
the date of the indictment pursuant to Title 18 of the United
States Code, Section 3161(c)(1), and as the defendant has
requested and consented to such a continuance, and for good and
sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

      i.   Plea negotiations regarding a possible disposition
are currently in progress, and both the United
States and the defendant desire additional time to
meet and confer regarding a disposition, which
would render trial of this matter unnecessary and
save judicial resources;

    ii.   Defendant has consented to and requested the
aforementioned continuance;

    iii. Pursuant to Title 18 of the United States Code,
Section 3161(h)(8)(A), the ends of justice served
by granting the continuance outweigh the best
interests of the public and the defendant in a
speedy trial;

    iv.  Pursuant to Title 18 of the United States Code,
Section 3161(h)(8)(B)(i), failure to grant this
continuance would result in a miscarriage of
justice.

WHEREFORE, on this _2nd_ day of _September_, 2008.

IT IS ORDERED that trial in this matter is continued from
September 22, 2008 to November 24, 2008.

IT IS FURTHER ORDERED that the period from September 22,
2008 through November 24, 2008, inclusive, shall be excludable in
computing time under the Speedy Trial Act of 1974, pursuant to
Title 18, United States Code, Section 3161(h)(8);

Nothing in this order shall preclude a finding that
additional periods of time are excludable pursuant to the Speedy
Trial Act of 1974.

HON. PETER G. SHERIDAN
United States District Judge

Consented to by:

LINDA FOSTER, ESQ.
Counsel for defendant

DAVID E. MALAGOLD
Assistant U.S. Attorney