UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

<u>UNITED STATES v. Leonard Brown</u>          Crim. No. 07-594 (PGS)

PETITION FOR WRIT OF HABEAS CORPUS:

Your petitioner shows that:

1. LEONARD BROWN is now confined in Essex County Jail, at Newark, New Jersey.

2. LEONARD BROWN will be required at the United States Court House in **TRENTON**, New Jersey, before the Honorable Peter G. Sheridan, United States District Judge, on Friday, April 3, 2009, at 1:00 p.m. for a sentencing hearing, in which he is a defendant and a writ of habeas corpus should issue for that purpose.

Dated:    March 27, 2009
           Newark, New Jersey

DAVID E. MALAGOLD
ASSISTANT U.S. ATTORNEY

---

**ORDER FOR THE WRIT:**          Let the writ issue.

Dated:    3/30, 2009
           Newark, New Jersey

HON. PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

---

**WRIT OF HABEAS CORPUS:**

THE UNITED STATES OF AMERICA TO THE SHERIFF, ESSEX COUNTY:

WE COMMAND YOU that you have the body of <u>LEONARD BROWN</u> (by whatever name called or charged) (FBI No. <u>805138JA0</u>, NJ SBI No. <u>NJ522605B</u>; DOB <u>12/26/68</u>) now confined in Essex County Jail, at Newark, New Jersey, before the Hon. Peter G. Sheridan, U.S. District Judge, in the United States Court House, **TRENTON**, New Jersey on <u>Friday, April 3, 2009 at 1:00 p.m.</u> for a hearing in this matter.

WITNESS the Honorable Peter G. Sheridan
United States District Judge at Trenton, New Jersey

Dated:    March 30, 2009
           Newark, New Jersey

WILLIAM T. WALSH
Clerk of the United States District Court
for the District of New Jersey

Per: _____
Deputy Clerk