# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Civil Action No. 07-594 (PGS) |
| v. : | **ORDER** |
| LEONARD BROWN : | |

Pursuant to the Government's request, which was made by letter dated November 12, 2010, the Government shall file its response to Defendant's Motion for Court's Recommendation to BOP in Support of BOP's *Nunc Pro Tunc* Designation Under 18 U.S.C. § 3621(b), by Friday, December 17, 2010.

**SO ORDERED.**

_____
HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

Dated: November ⁄, 2010